1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  HEATHER R. ROGERS
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant NEFTALI BONILLA

6

7                    IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,        )   No. CR 11-00538 LHK
                                      )
12 |         Plaintiff,                )   STIPULATION AND [P~~ROPOSED~~]
                                      )   ORDER CONTINUING HEARING DATE
13 | vs.                                )
                                      )
14 | NEFTALI BONILLA,                  )
                                      )
15 |         Defendant.                )
      _____)
16

17                                **STIPULATION**

18         Defendant Neftali Bonilla, by and through Assistant Federal Public Defender Heather R.

19  Rogers, and the United States, by and through Special Assistant United States Attorney Carolyne

20  Sanin, hereby stipulate that, with the Court's approval, the status hearing currently set for

21  Wednesday, February 1, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be

22  continued to Wednesday, February 22, 2012, at 9:00 a.m.

23         The reason for the requested continuance is the defense is awaiting the outcome of

24  ongoing investigation in order to effectively advise Mr. Bonilla regarding a proposed settlement.

25  The parties therefore respectfully request a continuance to February 22, 2012, at 9:00 a.m.

26  //

Stipulation and [~~Proposed~~] Order Continuing
Hearing, 11-00538 (LHK)                      1

The parties agree that the time between February 1, 2012, and February 22, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: January 31, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated: January 31, 2012

_____/s/_____
CAROLYNE SANIN
Special Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Wednesday, February 1, 2012, at 10:00 a.m., before Magistrate Honorable Lucy H. Koh, shall be continued to Wednesday, February 22, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between February 1, 2012, and February 22, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 1, 2012, and February 22, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 1, 2012, and February 22, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

IT IS SO ORDERED.

Dated: 1/31/12

_____
HON. LUCY H. KOH
United States Magistrate Judge

Stipulation and [P~~roposed~~] Order Continuing
Hearing, 11-00538 (LHK)         3